**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| **In re:**<br><br>Mewa Singh Mundi and<br>Kamaljeet Kaur Mundi,<br><br>**Debtors.** | **Case Number: 22-30304**<br><br>**Chapter 7** |

**TRUSTEE'S MOTION (1) TO ABANDON REAL PROPERTY, AND**
**(2) FOR AUTHORITY TO TRANSFER TITLE BACK TO PRIOR OWNER IN**
**ACCORDANCE WITH WITHDRAWAL OF TRUSTEE'S**
**MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

A. Cotten Wright, the duly appointed chapter 7 trustee (the "Trustee") in this case, hereby brings this *Trustee's Motion (1) to Abandon Real Property, and (2) for Authority to Transfer Title Back to Prior Owner in Accordance with Withdrawal of Trustee's Motion for Authority to Sell Real Property* (this "Motion"), through counsel, and respectfully shows the Court as follows:

1. On July 7, 2022 (the "Petition Date"), the debtors (the "Debtors") filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code.

2. The Court thereafter appointed the Trustee.

3. After discovering that Debtors had transferred real property described as Lot 20, Block 3, Saddle Creek Forest Section One, located in Waller County, Texas (the "Real Property") to their son prior to the Petition Date, the Trustee requested that a reputable Texas real estate broker obtain a title search with regard to the Real Property ("Initial Title Search") to assess whether there was value in the Real Property for the bankruptcy estate.

4. The Initial Title Search did not reveal any judgment liens affecting the Real Property.

1

5. On September 13, 2022, the Court entered *a Consent Order Regarding Certain Real Property in Texas* (Doc. No. 27), pursuant to which, the Debtors' son transferred title to the Real Property to the Trustee in anticipation of the Trustee's sale of that property.

6. Thereafter, Trustee retained the broker to market and sell the Real Property (Doc. No. 36), and entered into a conditional contract to sell the Real Property.

7. On October 31, 2022, the Trustee filed her *Trustee's Motion for Authority to Sell Real Property* (the "Sale Motion") (Doc. No. 41) requesting authority to liquidate the Real Property for the benefit of the bankruptcy estate.

8. Leading up to the closing of the sale of the Real Property, a second title company reported a $3,782,787 judgment in favor of Presidential Bank, FSB against the Debtors, which encumbers the Real Property.

9. Because there is no equity in the Real Property, the Trustee has determined that the Sale Motion must be withdrawn, and that the Real Property should be abandoned as an estate asset and deeded back to the Debtors' son.

10. The Sale Motion was withdrawn on November 29, 2022 (Doc. No. 45).

WHEREFORE, the Trustee prays that the Court will enter an Order:

1) Granting this Motion;

2) Providing that the Real Property is abandoned as property of the estate;

3) Authorizing the Trustee to deed the Real Property back to the Debtors' son; and

4) Granting such further relief as is just and proper.

This is the 29th day of November, 2022.

></br>

/s/ *Anna S. Gorman*
Anna S. Gorman (State Bar No. 20987)
A. Cotten Wright (State Bar No. 28162)
Grier Wright Martinez, PA
Attorneys for the Trustee
521 E Morehead Street, Suite 440
Charlotte, NC 28202
Telephone: 704.375.3720; Fax: 704.332.0215
agorman@grierlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

In re:

Mewa Mundi and
Kamaljeet Mundi,

Debtor.

Case Number: 22-30304

Chapter 7

## NOTICE OF OPPORTUNITY FOR HEARING

TAKE NOTICE that the Trustee in this case has filed papers with the court requesting entry of an Order allowing her to abandon any interest in real property identified as Lot 20, Block 3, Saddle Creek Forest Section One, located in Waller County, Texas (the "Property"), captioned as the *Trustee's Motion (1) to Abandon Real Property, and (2) for Authority to Transfer Title Back to Prior Owner in Accordance with Withdrawal of Trustee's Motion for Authority to Sell Real Property* (the "Motion"). The Trustee has determined that the Property has no value for the bankruptcy estate due to existing liens and that it is burdensome to the estate.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion or if you want the Court to consider your views on the Motion, then on or before **fourteen (14) days of the filing of this notice, you or your attorney must do three (3) things:**

**1.      File a written response with the court requesting that the court hold a hearing and explaining your position.** File the response at:

> U.S. Bankruptcy Court
> 401 West Trade Street, Suite 2500
> Charlotte, NC 28202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**2.    On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

>A. Cotten Wright, Trustee
>Grier Wright Martinez
>521 E. Morehead St., Ste. 440
>Charlotte, NC 28202
>Fax: (704) 332-0215

**3.    Attend the hearing scheduled for January 9, 2023 at 9:30 a.m.** in Bankruptcy Courtroom 2B, U.S. Courthouse, 401 West Trade Street, Charlotte, NC.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 29th day of November, 2022.

>/s/ *Anna S. Gorman*
>Anna S. Gorman  (NC State Bar #:  20987)
>Grier Wright Martinez, PA
>521 E. Morehead St., Ste 440
>Charlotte, NC 28202
>(704)332-0207 - Telephone
>(704)332-0215 - Fax
>agorman@grierlaw.com - E-mail Address
>
>*Attorneys for the Trustee*

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:**<br><br>**Mewa Mundi and**<br>**Kamaljeet Mundi,**<br><br>**Debtor.** | **Case Number: 22-30304**<br><br>**Chapter 7** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the *Trustee's Motion (1) to Abandon Real Property, and (2) for Authority to Transfer Title Back to Prior Owner in Accordance with Withdrawal of Trustee's Motion for Authority to Sell Real Property* was served on the parties who have requested notice in this case through the Court's electronic filing system as well as on the party below, and that the *Notice of Opportunity for Hearing* was served on those parties whose names and addresses appear on the attached mailing list by U.S. mail, postage pre-paid.

This is the 29th day of November, 2022.

*/s/ Anna S. Gorman*
Grier Wright Martinez, PA
521 E. Morehead St., Ste. 440
Charlotte, NC 28202

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 22-30304<br>Western District of North Carolina<br>Charlotte<br>Tue Nov 29 12:19:00 EST 2022 | American Airlines AAdvantage<br>PO Box 13337<br>Philidelphia PA 19101-3337 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Bank of America Corporation<br>c/o Registered Agent: CT Corporation Sys<br>160 Mine Lake Court, Ste 200<br>Raleigh, NC 27615-6417 | Bank of America, N.A.<br>PO Box 673033<br>DALLAS, TX 75267-3033 | Belk<br>PO Box 530940<br>Atlanta GA 30353-0940 |
| Daniel C. Bruton<br>BELL, DAVIS & PITT, P.A.<br>100 N. Cherry Street, Suite 600  ecf<br>Post Office Box 21029<br>Winston-Salem, NC 27120-1029 | CBE Group<br>PO Box 300<br>Waterloo IA 50704-0300 | CSMC 2018-SP2 Trust<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Daniel C. Bruton<br>Bell Davis & Pitt, PA   ecf<br>100 N. Cherry Street<br>Winston-Salem, NC 27101-4016 | Discover Bank<br>c/o Smith Debnam Narron Drake<br>Saintsing & Myers, LLP<br>PO Box 26268<br>Raleigh, NC 27611-6268 | Discover Card Services<br>c/o Registered Agent: CT Corporation Sys<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615-6417 |
| John W. Fletcher III<br>Henderson Nystrom Fletcher & Tydings<br>831 East Morehead Street   ecf<br>Suite 255<br>Charlotte, NC 28202-2773 | Anna S. Gorman<br>Grier Wright Martinez, PA<br>521 E. Morehead St.   ecf<br>Suite 440<br>Charlotte, NC 28202-2623 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Mecklenburg County Sheriff's Office<br>700 E. 4th Street<br>Charlotte, Nc 28202-2886 | Kamaljeet Kaur Mundi<br>10520 Old Wayside Road<br>Charlotte, NC 28277-1413 |
| Mewa Singh Mundi<br>10520 Old Wayside Road<br>Charlotte, NC 28277-1413 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P O Box 1168<br>Raleigh, NC 27602-1168 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Presidential Bank<br>4250 East-West Highway<br>Bethseda, MD 20815 | Presidential Bank<br>c/o Attorney Adam Duke<br>Bell, Davis & Pitt<br>227 W. Trade Street, Suite 1800<br>Charlotte NC 28202-2665 | Presidential Bank, FSB<br>c/o Daniel C. Bruton<br>Bell, Davis & Pitt, PA   ecf<br>PO Box 21029<br>Winston-Salem, NC 27120-1029 |
| Presidential Bank, FSB<br>Attn: Peggy Dean, Vice President<br>4600 East West Highway, Suite 400<br>Bethesda, MD 20814-3408 | Select Portfolio Servicing, Inc.<br>c/o Registered Agent: Corporation Servic<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608-1370 | Specialized Loan Services<br>15720 Brixham Hill Avenue #300<br>Charlotte, NC 28277-4784 |
| State of South Carolina<br>Department of Revenue<br>PO Box 2535<br>Columbia SC 29202-2535 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Truist Bank<br>c/o Registered Agent: Corporation Servic<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608-1370 |

Truist Bank f/k/a Branch Banking & Trust
c/o Rogers Townsend & Thomas, P.C.
2550 W. Tyvola Road, Suite 520
Charlotte, NC 28217-4551

Truist Bank f/k/a Suntrust Bank
c/o Registered Agent: Corporation Servic
2626 Glenwood Avenue Suite 550
Raleigh, NC 27608-1370

U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

United States Attorney
227 West Trade Street
Carillon Bldg, Suite 1700
Charlotte, NC 28202-1675

United States Government
Department of the Treasury
PO Box 830794
Birmingham AL 35283-0794

Andrew Lawrence Vining
LOGS Legal Group, LLP
10130 Perimeter Parkway
Ste 400
Charlotte, NC 28216-0034

John C. Woodman
Essex Richards
1701 South Boulevard
Charlotte, NC 28203-4727

Anna Cotten Wright
Grier Wright Martinez, PA
521 E Morehead Street
Suite 440
Charlotte, NC 28202-2623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
PO Box 742596
Cincinnati OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michael D. Crane

(u)Middlesworth Bowers & Company

(d)North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

(u)Select Portfolio Servicing, Inc. as servic

(u)Specialized Loan Servicing LLC, servicing

(d)Anna Cotten Wright
Grier Wright Martinez, PA
521 E Morehead Street
Suite 440
Charlotte, NC 28202-2623

End of Label Matrix
Mailable recipients    37
Bypassed recipients     6
Total                  43