

FILED & JUDGMENT ENTERED
Steven T. Salata

December 19 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

In re:

Mewa Singh Mundi and
Kamaljeet Kaur Mundi,

Debtors.

Case Number: 22-30304

Chapter 7

### ORDER GRANTING TRUSTEE'S MOTION
### (1) TO ABANDON REAL PROPERTY, AND
### (2) FOR AUTHORITY TO TRANSFER TITLE BACK TO PRIOR OWNER IN ACCORDANCE WITH WITHDRAWAL OF TRUSTEE'S
### MOTION FOR AUTHORITY TO SELL REAL PROPERTY

This matter came before the Court on the *Trustee's Motion (1) to Abandon Real Property, and (2) for Authority to Transfer Title Back to Prior Owner in Accordance with Withdrawal of Trustee's Motion for Authority to Sell Real Property* (the "Motion") (D.E. 46) filed on November 29, 2022, by A. Cotten Wright, the trustee in this case (the "Trustee"), through counsel.  In the Motion, the Trustee requested Court authority to abandon real property located at as Lot 20, Block 3, Saddle Creek Forest Section One, located in Waller County, Texas (the "Real Property") as property of the estate and to transfer title to the Real Property back to the prior owner.  It appears that notice of the Motion was proper, and no objections were filed in response to the Motion.  The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

1

IT IS, THEREFORE, ORDERED that: the Motion is GRANTED; the Real Property is abandoned as property of the estate; and Trustee is authorized to deed the Real Property back to the Debtors' son Mandeep Singh Mundi.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |